138974

RECEIVED
BY MAIL
JAN 15 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2341 MJD/RLE Case Title: Regal vs. Marvin Windows

**Affidavit of Movant**

I, ~~Jeannine Lee~~, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David Cash Crossley an attorney admitted to practice in the ______ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Melvyn and Rosalyn Regal in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature ______ MN Attorney License # 12929X Date 1/14/02

**Affidavit of Proposed Admittee**

I, David Cash Crossley, am currently a member in good standing of the U.S. District Court for the ______ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: David Cash Crossley Signature ______ Date 1/8/02

Attorney License Number: 648197 (Mass.)

Law Firm Name & Address: Lawson & Weitzen, LLP
88 Black Falcon Avenue
Boston, MA 02210

Telephone: ( ) 617-439-4990

Motion Granted: ______
For the Court: Richard D. Sletten, Clerk

Date JAN 15 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______