UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Rosalyn Regal and
Melvyn Regal,

Plaintiffs,

vs. NOTICE OF HEARING

Marvin Windows and Doors,

Defendant. Civ. No. 01-2341 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of April, 2002.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B), and Order of Referral dated April 24, 2002, the Motion by the Defendant to Dismiss is set for Hearing before the undersigned on **Wednesday, June 5, 2002, at 9:30 a.m.**, in Court Room 2, United States Courthouse, Fergus Falls, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

7

FILED APR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mb