UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROSALYN REGAL and MELVYN REGAL, Plaintiffs v. MARVIN WINDOWS & DOORS, Defendant | Civil No. 01-CV-2341 MJD/RLE<br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED between and among the parties identified above that plaintiffs have an extension of time until May 20, 2002 to respond to defendant's motion to dismiss and defendants have until May 24, 2002 to reply to plaintiffs' response.

Date: 5-7, 2002

FLYNN, GASKINS & BENNETT, L.L.P.

Jeannine L. Lee, Esq.
Cory Kallheim, Esq.
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 333-9500
Attorneys for Plaintiffs

Date: 5/7/, 2002

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

James F. Mewborn, Esq.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500
Attorneys for Defendant

9

FILED MAY 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

Date: May 9, 2002

Magistrate Judge Raymond L. Erickson