UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Rosalyn Regal and
Melvin Regal,

Plaintiffs,

vs. NOTICE OF HEARING and ORDER

Marvin Windows & Doors,

Defendant. Civ. No. 01-2341 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 11th day of March, 2003.

* * *

On December 5, 2002, the Plaintiffs' filed, among other papers, a Notice of Motion to Extend Deadlines. The Hearing on the Motion was set for December 19, 2002. On December 19, 2002, the Court held a conference, at which the Court was informed that the parties were requesting the extension in order that they could explore settlement. The Court indicated that it would reschedule the Hearing to January 21, 2003. On that date, the parties advised that they were close to settling this matter. On February 13, 2003, this Court's Judicial Assistant, Victoria L. Miller, contacted Ms. Lori Semke, who is one of the attorneys for the Plaintiffs, and made inquiry into where the parties were in their settlement negotiations, advising that the Court would appreciate an

MAR 11 2003

update. On February 14, 2003, correspondence was telefaxed to the Court advising that "[t]he parties believe that they will settle on the final language of Exhibit A, and finalize settlement, **within the next week and a half.**" [Emphasis added]. On March 4, 2003, Ms. Miller again contacted Ms. Semke, and was informed that the case had settled. Ms. Semke was asked to telefax a letter to the Court confirming that settlement had been reached. As of this date, that letter has not been received by this Court, nor has the Court been presented with any documentation that represents that this case has been settled.

THEREFORE, It is -

ORDERED:

That the Hearing on the Plaintiff's Motion to Extend is set to be conducted before the undersigned on **Thursday, March 20, 2003, at 1:00 p.m.**, in Court Room 3, United States Courthouse, Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**Rena Lexvold**

03/11/03 04:10 PM

To: Marcy Bruckelmyer/MND/08/USCOURTS@USCOURTS
cc:
Subject: E-Notes fax send info for 0:01cv2341

----- Forwarded by Rena Lexvold/MND/08/USCOURTS on 03/11/03 04:21 PM -----

**rena_lexvold@mnd.uscourts.gov**

03/11/03 04:11 PM

To: Rena_Lexvold@mnd.uscourts.gov, Mary_Kaye_Conery@mnd.uscourts.gov, Elizabeth_Knoblauch@mnd.uscourts.gov, Cyndee_Francis@mnd.uscourts.gov, Jon_Mayer@mnd.uscourts.gov
cc:
Subject: E-Notes fax send info for 0:01cv2341

Case 0:01cv2341 sent to be faxed 03/11/03 at 16:11:51.04 by Rena Lexvold

| | | | |
|---|---|---|---|
| Mewborn, James | Arthur Chapman Ketter | 81 S 9th St | 6123397655 |
| Brown, Donald J | Winthrop & Weinstine | 30 E 7th St | 6512929347 |
| Lee, Jeannine L | Flynn Gaskins & Benne | 333 S 7th St | 6123339579 |
| Weltman, John J | Lawson & Weitzen | 88 Black Falcon | 16174393987 |
| Crossley, David | Lawson & Weitzen | 88 Black Falcon | Mail |