UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Rosalyn Regal and
Melvin Regal,

Plaintiffs,

vs. ORDER OF DISMISSAL

Marvin Windows & Doors,

Defendant. Civ. No. 01-2341 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Michael J. Davis

Judge Michael J. Davis
United States District Court

DATED: March 20, 2003
At Minneapolis, Minnesota

FILED MAR 20 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK